## BEFORE THE U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| Marie Assa'ad-Faltas, MD, MPH<br>*vs.* Sarah Weiss *et al.,* | Plaintiff/Appellant<br>Respondents/Appellees | **No. 22-1917**<br>**From 3:15-cv-03186-TLW** |
| Marie Assa'ad-Faltas, MD, MPH<br>*vs.* Columbia South Carolina, City of *et al*, | Plaintiff/Appellant<br>Respondents/Appellees | **No. 22-1920**<br>**From 3:13-cv-02715-TLW** |

**APPELLANT'S MOTIONS (1) for leave to file a formal opening brief; (2) for appointment of counsel for oral argument OR to allow Appellant to argue *pro se*; (3) to consolidate these cases for briefing and decision; and (4) for an extension of time to file her opening brief and appendix.**

Dr. Assa'ad-Faltas respectfully moves for consolidation of the two above-identified cases and for leave to file one formal brief in both of them as the issues are interrelated and important as they relate to new law made by the U.S. Supreme Court after conflicts among the circuits.

**Appellant also needs a sixty-day extension of time due to her overwhelming and persistent health problems which have elsewhere been amply documented to this Court and for the time needed for the district court to send the *physical* records of these cases to this Court.**

Respectfully submitted on 26 September 2022, all God so willing.

**[S/] Marie Assa'ad-Faltas, MD, MPH, Plaintiff/Appellant-Movant *pro se***
**P.O. Box 9115, Columbia, SC 29290**
**Phone: (803) 783 – 4536 Cell: (330) 232 – 4164**
**e-mail:** Marie_Faltas@hotmail.com **and** MarieAssaadFaltas@GMail.com